Concur: HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and McLAUGHLIN, J.

In the Matter of the Accounting of BURT JACKSON, as Executor of FRANK JACKSON, Deceased, Appellant. CAROLINE JACKSON, Respondent.

*Executors and administrators — when executor properly surcharged with portion of amount of expense incurred in defending validity of will and codicil.*

*Matter of Jackson,* 201 App. Div. 878, affirmed.

(Argued April 18, 1923; decided May 8, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 7, 1922, which affirmed a decree of the Orleans County Surrogate's Court settling the accounts of the executor of Frank Jackson, deceased. This appeal presented the single question: Can the surrogate after finding that attorneys' services necessarily performed in the defense of the will and codicil were reasonably worth the sum of $2,000, reduce such charge against the estate to $800, leaving the executor to individually pay the remaining $1,200?

*Irving L'Hommedieu* for appellant.

*S. Wallace Dempsey* and *Harry Cooper* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ATLANTIC MUTUAL INSURANCE COMPANY, Appellant, Impleaded with Another.

*Parties — New York city — action by state to revoke grants of land under water — when motion to bring in city of New York as party defendant and to stay condemnation proceedings by said city properly denied.*

*People* v. *Atlantic Mut. Ins. Co.,* 204 App. Div. 899, affirmed.

(Argued April 18, 1923; decided May 8, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 28, 1922, which affirmed